No. 09-11120. Mustafa Abdullah, Petitioner v. United States.

561 U.S. 1037, 130 S. Ct. 3534, 177 L. Ed. 2d 1112, 2010 U.S. LEXIS 5294.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 360 Fed. Appx. 725.